UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| JONATHAN L. RICHES, ) | |
| ) | |
| *Petitioner,* ) | |
| v. ) | No. 1:08-cv-139 |
| ) | *Judge Edgar* |
| PETER OSNOS d/b/a/ PERSEUS LLC, ) | |
| PUBLIC AFFAIRS, RICHARD HOLBROOKE,) | |
| STATE OF TENNESSEE; SOUTH ) | |
| CAROLINA STATE, ) | |
| ) | |
| *Respondents*. ) | |

## MEMORANDUM

Petitioner Jonathan L. Riches ("Riches") filed a petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254. On July 3, 2008, Petitioner was given thirty (30) days to provide the Court with a proper § 2254 petition and the $5.00 filing fee or an *in forma pauperis* application. Petitioner was notified that failure to comply with the Court's order would result in the case being dismissed for want of prosecution.

Petitioner has failed to file a proper § 2254 petition or pay the $5.00 filing fee or submit an *in forma pauperis* application. Therefore, this action will be **DISMISSED** *sua sponte*, for failure to comply with the orders of this Court. Fed. R. Civ. P. 41(b); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991).

An appropriate judgment will enter.

        */s/ R. Allan Edgar*
R. ALLAN EDGAR
UNITED STATES DISTRICT JUDGE